UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>MICHAEL JAMES BRADY,<br><br>   Defendant. | No.  1:22-mc-00053-ADA-EPG<br><br>ORDER GRANTING THE UNITED STATES OF AMERICA'S REQUEST TO TERMINATE WRIT OF CONTINUING GARNISHMENT<br><br>(ECF No. 15) |

Currently before the Court is the Government's request for an order terminating the writ of continuing garnishment. (ECF No. 15.) On June 29, 2022, the assigned District Judge adopted the assigned Magistrate Judge's findings and recommendations, granting the final order of continuing garnishment. (ECF No. 13.)  Therein, the Court ordered, in part, that the garnishment shall terminate when the Government seeks to terminate the writ or when the judgment amount and litigation surcharge are fully satisfied. (*Id.* at 3.) In the instant request, the Government states that the Garnishee, BP3 Global Incorporated ("Garnishee"), no longer employs Debtor Michael James Brady ("Debtor"), effective since April 14, 2023. (ECF No. 15 at 1.)  Pursuant to 28 U.S.C. § 3205(c)(10)(B), "[a] garnishment under this chapter is terminated only by . . . exhaustion of property in the possession, custody, or control of the garnishee in which the debtor has a substantial nonexempt interest (including nonexempt disposable earnings)." *Id.*  Because Garnishee no longer employs Debtor, the writ of continuing garnishment may be terminated.  *See* 28 U.S.C. §

3205(c)(10)(B). Accordingly, the Government requests that the District Court terminate the writ of garnishment and close this case. (*Id.*) Upon carefully reviewing the entire file, the Court finds good cause to grant the Government's request for an order terminating the writ of continuing garnishment. (*See* ECF No. 15.)

Accordingly,

1. Pursuant to 28 U.S.C. § 3205(c)(10)(B), the writ of continuing garnishment issued on April 13, 2022, (ECF No. 4), is TERMINATED; and
2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   July 13, 2023

_____
UNITED STATES DISTRICT JUDGE

2